REED SMITH LLP
Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
John P. Bovich (SBN 150688)
Email: jbovich@reedsmith.com
William R. Overend (SBN 180209)
Email: woverend@reedsmith.com
Jonah D. Mitchell (SBN 203511)
Email: jmitchell@reedsmith.com
James A. Daire (SBN 239637)
Email: jdaire@reedsmith.com
101 Second Street, Suite 1800
Telephone:  (415) 543-8700
Facsimile:  (415) 391-8269

Attorneys for Plaintiff
CALIX NETWORKS, INC.


TOWNSEND AND TOWNSEND AND CREW LLP
A. James Isbester (SBN 129820)
Email: jisbester@townsend.com
David B. Perry (SBN 255925)
Email: dbperry@townsend.com
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300

Attorneys for Defendant
WI-LAN, INC.,

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIX NETWORKS, INC., a Delaware Corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>WI-LAN, INC., a Canadian Corporation,<br><br>         Defendant. | Case No. CV-09-6038 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER ALTERING DATE FOR RULE 26(F) CONFERENCE**<br><br>Complaint Filed:     December 28, 2009 |

STIPULATION AND PROPOSED ORDER ALTERING DATE FOR RULE 26(F) CONFERENCE
CASE NO. CV-09-6038 CRB

townsend.

1  Pursuant to Local Rule 6-2, Plaintiff Calix Networks, Inc. ("Calix") and Defendant Wi-
2  Lan, Inc. ("Wi-Lan"), by and through their respective undersigned counsel, hereby stipulate and
3  agree to conduct their Fed R. Civ. P. 26(f) conference on March 22, 2010.

DATED: March 15, 2010            Respectfully submitted,

REED SMITH LLP


By: */s/ William R. Overend*
    William R. Overend
    Attorneys for Plaintiff
    CALIX NETWORKS, INC.


DATED: March 15, 2010            Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP


By: */s/ David B. Perry*
    David B. Perry
    Attorneys for Defendant
    WI-LAN, INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 24, 2010
                                 _____
                                 United States District Judge Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

STIPULATION AND PROPOSED ORDER ALTERING DATE FOR RULE 26(F)
CONFERENCE                                                                  - 1 -
CASE NO. CV-09-6038 CRB

townsend.