**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    CALIX NETWORKS, INC.,                    No. C 09-6038 CRB

12                Plaintiff,                    **ORDER ALTERING BRIEFING SCHEDULE**

13        v.

14    WI-LAN INC.,

15                Defendant.
      _____/

16

17          This Court has issued a Clerk's Notice rescheduling the hearing on Defendant's

18    Motion to Dismiss/Transfer to October 22, 2010.  The briefing schedule for this motion is

19    altered as follows: Plaintiff's Opposition to Motion to Dismiss/Transfer is due no later than

20    October 1; Defendant's Reply brief in support of Motion to Dismiss/Transfer will be due no

21    later than October 8.

22    **IT IS SO ORDERED.**

23

24

25    Dated: July 12, 2010                      _____
                                                 CHARLES  R. BREYER
26                                               UNITED STATES DISTRICT JUDGE

27

28

G:\CRBALL\2009\6038\Order Altering Briefing Schedule.wpd