United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIX NETWORKS, INC., | No. C-09-06038-CRB (DMR) |
| Plaintiff, | **ORDER RESETTING HEARING ON PLAINTIFF CALIX NETWORKS, INC.'S MOTION TO COMPEL JURISDICTIONAL DISCOVERY** |
| v. | |
| WI-LAN, INC., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that Plaintiff Calix Networks, Inc.'s Motion to Compel Jurisdictional Discovery, previously scheduled for hearing on August 26, 2010 at 11:00 a.m., is hereby reset for hearing on **September 1, 2010 at 1:30 p.m.**, in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The briefing schedule for Plaintiff's Motion to Compel Jurisdictional Discovery shall remain as ordered in the Court's July 12, 2010 Notice of Reference and Order Re Discovery Procedures; Order Denying Calix Networks, Inc.'s Motion to Change Time (Docket No. 52):

Defendant shall be permitted until **July 22, 2010** to file its opposition to plaintiff's motion to compel.

Plaintiff shall be permitted until **July 29, 2010** to file a reply brief in support of its motion to compel.

IT IS SO ORDERED.

Dated: July 13, 2010

DONNA M. RYU
United States Magistrate Judge