1 | TOWNSEND AND TOWNSEND AND CREW LLP
A. James Isbester (State Bar No. 129820)
2 | Email: jisbester@townsend.com
David B. Perry (State Bar No. 255925)
3 | Email: dbperry@townsend.com
Two Embarcadero Center, 8th Floor
4 | San Francisco, California 94111
Telephone: 415.576.0200
5 | Facsimile: 415.576.0300

6 | Attorneys for Specially Appearing
Defendant WI-LAN INC.
7

8 | MCKOOL SMITH, P.C.
Robert A. Cote (*pro hac vice*)
9 | Email: rcote@mckoolsmith.com
One Bryant Park, 47th Floor
10 | New York, NY 10036
Telephone: (212) 402-9400
11 | Facsimile: (212) 402-9444

12 | Michael G. McManus (*pro hac vice*)
Email: mmcmanus@mckoolsmith.com
13 | 1700 K Street NW, Suite 740
Washington, DC 20006
14 | Telephone: (202) 370-8300
Facsimile: (202) 370-8344
15
Of Counsel for Specially Appearing
16 | Defendant WI-LAN INC.

**FILED**

SEP 2 2 2010

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

17 UNITED STATES DISTRICT COURT

18 FOR THE NORTHERN DISTRICT OF CALIFORNIA

19 SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIX NETWORKS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WI-LAN INC., a Canadian Corporation,<br><br>Defendant. | Case No. CV 09-6038 CRB (DMR)<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE HEARING DATE AND RELATED DEADLINES FOR MOTION TO DISMISS AND TO EXTEND DEADLINE FOR WI-LAN TO PRODUCE RESPONSIVE DOCUMENTS AND SUPPLEMENT INTERROGATORY RESPONSES** |

Dallas 309434v1

1   In order to permit the parties additional time to pursue settlement options and to permit
2   Wi-LAN additional time to comply with the September 8, 2010 Order requiring Wi-LAN to
3   supply supplemental discovery responses, and pursuant to Civil L.R. 6-2, Plaintiff Calix Inc..
4   ("Calix") and Defendant Wi-LAN Inc. ("Wi-LAN") file this stipulated request for: (1) an
5   extension of 14 days for Wi-LAN, Inc. to comply with the Court's Order of September 8, 2010
6   (Dkt. No. 71); and (2) a continuance of the hearing date on Wi-LAN's Motion to Dismiss for
7   Lack of Personal Jurisdiction And/Or Motion to Transfer (Dkt. No.17) until November 5, 2010
8   or such date thereafter as is convenient to the Court; and (3) continuation of the dates for Calix to
9   file its opposition to Wi-LAN's Motion to Dismiss for Lack of Personal Jurisdiction And/Or
10  Motion to Transfer and for Wi-LAN to file its reply thereto.

11  The present declaratory judgment action concerns two patents owned by Wi-LAN. On
12  March 22, 2010, Wi-LAN filed a Motion to Dismiss for Lack of Personal Jurisdiction And/Or
13  Motion to Transfer ("Motion to Dismiss/Transfer") (Dkt. No. 17). On July 12, 2010, the Court
14  issued an Order (Dkt. No. 51) providing that the hearing on Wi-LAN's motion to
15  Dismiss/Transfer would be held October 22, 2010, and further providing that Plaintiff's
16  Opposition to Motion to Dismiss/Transfer is due no later than October 1, and Defendant's Reply
17  brief in support of Motion to Dismiss/Transfer will be due no later than October 8. (Dkt. No.
18  51). The Court similarly scheduled the Case Management Conference for October 22, 2010
19  (Dkt. No. 50).

20  In response to Wi-LAN's Motion to Dismiss/Transfer, Calix requested, and Wi-LAN
21  agreed, that it be permitted to conduct certain jurisdictional discovery. In the course of such
22  jurisdictional discovery, a dispute arose among the parties as to the time period that was subject
23  to discovery for a determination of personal jurisdiction. On June 30, 2010, Calix filed a motion
24  to compel responses to jurisdictional discovery reaching back to December of 2003 (Dkt. No.
25  43). On September 1, 2010, Magistrate Judge Ryu held a hearing on such motion. Also, on
26  September 1, 2010, Magistrate Judge Ryu issued a minute order granting in part and denying in
27  part Calix's motion to compel (Dkt. No. 70) ordering production on September 15, 2010. On
28

1  September 8, Magistrate Judge Ryu issued a full Order Granting in Part and Denying in Part
2  Plaintiff's Motion to Compel Jurisdictional Discovery (Dkt. No. 71).

3  Wi-LAN has requested, and Calix has agreed, that jurisdictional discovery be deferred for
4  a fourteen (14) day period to permit the parties to engage in settlement discussions and to permit
5  Wi-LAN additional time to respond to Calix's discovery requests.

6  Accordingly, subject to the Court's approval, the parties hereby stipulate to the following
7  schedule:

8  1.  The date for Wi-LAN Inc. to comply with the Court's Order of September 8, 2010
9  (Dkt. No.71) shall be extended until September 29, 2010.

10  2.  The date for Calix to file its opposition to Wi-LAN's Motion to Dismiss/Transfer
11  (Dkt. No.17) shall be extended from October 1, 2010, to October 15, 2010.

12  3.  The date for Wi-LAN to file its reply to Calix's opposition to Wi-LAN's Motion
13  to Dismiss/Transfer shall be extended from October 8 to October 22, 2010.

14  4.  The hearing date on Wi-LAN's Motion to Dismiss/Transfer shall be extended
15  from October 22, 2010, until November 5, 2010, or such other date thereafter as is convenient to
16  the Court.

17  5.  The date of the Initial Case Management Conference shall be extended until
18  November 5, 2010, or such other date thereafter as is convenient to the Court.

| | | |
|---|---|---|
| 1 | DATED: September 21, 2010. | Respectfully submitted, |
| 2 | | McKool Smith, P.C. |
| 4 | | By: /s/<br>Michael G. McManus |
| 5 | | Attorneys for Specially Appearing<br>Defendant WI-LAN INC. |
| 7 | DATED: September 21, 2010. | Respectfully submitted, |
| 8 | | REED SMITH LLP |
| 10 | | By: /s/<br>James A. Daire (SBN 239637) |
| 11 | | Attorneys for Plaintiff<br>CALIX NETWORKS, INC. |

### SIGNATURE ATTESTATION

I hereby attest that I have obtained the concurrence in the filing of this document for any signatures on this document indicated by a "conformed" signature(/s/) and I have on file records to support this concurrence for subsequent production to the Court if so ordered for inspection upon request.

| | | |
|---|---|---|
| DATED: September 21, 2010. | | Respectfully submitted, |
| | | McKool Smith, P.C. |
| | | By: /s/<br>Michael G. McManus<br>Attorneys for Specially Appearing<br>Defendant WI-LAN INC. |

STIPULATION TO CONTINUE DEADLINES FOR MOTION TO DISMISS AND TO EXTEND
WI-LAN'S DEADLINE TO SUPPLEMENT DISCOVERY RESPONSES          4
CASE NO. CV 09-6038 CRB (DMR)
Dallas 309434v1

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: Sept. 22, 2010

United States District Judge Charles R. Breyer

STIPULATION TO CONTINUE DEADLINES FOR MOTION TO DISMISS AND TO EXTEND
WI-LAN'S DEADLINE TO SUPPLEMENT DISCOVERY RESPONSES  5
CASE NO. CV 09-6038 CRB (DMR)
Dallas 309434v1