UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIX NETWORKS, INC., | No. C-09-06038-CRB (DMR) |
| Plaintiff, | **ORDER TERMINATING PLAINTIFF CALIX, INC.'S MOTION TO ENFORCE COURT ORDER COMPELLING FURTHER DISCOVERY RESPONSES FROM DEFENDANT WI-LAN, INC., AND FOR SANCTIONS** |
| v. | |
| WI-LAN, INC., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Per the Court's previous order dated November 15, 2010 (*see* Docket No. 84), the parties were required to file a joint letter by no later than December 6, 2010 if they were unable to resolve their dispute regarding Plaintiff Calix, Inc.'s Motion to Enforce Court Order Compelling Further Discovery Responses From Defendant Wi-LAN, Inc., and for Sanctions ("Motion"). Because the parties did not file a joint letter, the Court presumes the parties were able to resolve their dispute informally. Accordingly, the Court terminates Plaintiff's Motion as moot.

IT IS SO ORDERED.

Dated: December 16, 2010

_____
DONNA M. RYU
United States Magistrate Judge