| | |
|---|---|
| 1 | Scott D. Baker (SBN 84923) |
| | Email: sbaker@reedsmith.com |
| 2 | John P. Bovich (SBN 150688) |
| | Email: jbovich@reedsmith.com |
| 3 | William R. Overend (SBN 180209) |
| | Email: woverend@reedsmith.com |
| 4 | Jonah D. Mitchell (SBN 203511) |
| | Email: jmitchell@reedsmith.com |
| 5 | Luisa M. Bonachea (SBN 267664) |
| | Email: lbonachea@reedsmith.com |
| 6 | REED SMITH LLP |
| | 101 Second Street, Suite 1800 |
| 7 | San Francisco, CA 94105-3659 |
| | Telephone: +1 415 543 8700 |
| 8 | Facsimile: +1 415 391 8269 |

Attorneys for Plaintiff
Calix, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIX NETWORKS, INC., a Delaware Corporation, | Case No. 09-6038 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING PATENT RULE DEADLINES** |
| vs. | |
| WI-LAN, INC., a Canadian Corporation, | **[Civ. L.R. 6-2 & 7-12]** |
| Defendant. | |

Case No. C-09-6038 — 1 — US_ACTIVE-105772316.1

STIPULATION AND [PROPOSED] ORDER EXTENDING PATENT RULE DEADLINES

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Calix, Inc. ("Calix") and Defendant Wi-Lan, Inc. ("Wi-Lan"), by and through their respective undersigned counsel, hereby stipulate to and request the Court as follows:

1. On October 29, 2010, Wi-LAN and Calix filed a Joint Case Management Statement (Docket No. 78). In the Joint Case Management Statement, the parties agreed to various deadlines, including:

| Deadline for parties to comply with Patent L.R.4-2(a) (exchange of Preliminary Claim Construction & Identification of Extrinsic Evidence) | March 21, 2011 |
|---|---|
| Deadline for parties to comply with Patent L.R. 4-3 (file Joint Claim Construction & Prehearing Statement) | May 16, 2011 |

2. On November 5, 2010, this Court subsequently held a Case Management Conference and set the claim construction hearing date to August 11, 2011 and tutorial date to August 9, 2011. *See* Minutes dated Nov. 5, 2010 (Docket No. 79).

3. The parties are exploring an informal resolution of this matter and believe that a continuance of the deadlines set forth herein would facilitate further discussions and allow the parties additional time potentially to resolve this matter. Thus, the parties jointly agree and request that the deadlines set forth herein should be continued. Accordingly, the parties hereby stipulate to and propose the following deadlines:

| Deadline for parties to comply with Patent L.R.4-2(a) (exchange of Preliminary Claim Construction & Identification of Extrinsic Evidence) | April 21, 2011 |
|---|---|
| Deadline for parties to comply with Patent L.R. 4-3 (file Joint Claim Construction & Prehearing Statement) | June 1, 2011 |

4. The continuances requested herein will not affect any other deadlines set by the court, including the date presently scheduled for the Claim Construction hearing.

5. Pursuant to Civil L.R. 6-2(a)(1)-(3), this stipulated request is accompanied by the Declaration of William R. Overend setting forth (a) the reasons for the requested rescheduling; (b) all previous time modifications in the case; and (c) the effect of the requested rescheduling.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: March 18, 2011.   REED SMITH LLP

By  /s/ William R. Overend
    William R. Overend
    Attorneys for Plaintiff
    Calix Networks, Inc.

DATED: March 18, 2011.   MCKOOL SMITH, P.C.

By  /s/ Michael G. McManus
    Michael G. McManus (*pro hac vice*)
    Attorneys for Defendant
    Wi-LAN, Inc.

# SIGNATURE ATTESTATION

I hereby attest that I have obtained the concurrence in the filing of this document for any signatures on this document indicated by a "conformed" signature (/s/) and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.

DATED: March 18, 2011.    REED SMITH LLP

By */s/ William R. Overend*
William R. Overend
Attorneys for Plaintiff
Calix Networks, Inc.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____ March 22 \_\_\_\_\_, 2011   _____
Honorable Char...
United...



Case No. C-09-6038 — 5 — US_ACTIVE-105772316.1
STIPULATION AND [PROPOSED] ORDER EXTENDING PATENT RULE DEADLINES