1  KILPATRICK TOWNSEND & STOCKTON LLP
2  GREGORY S. GILCHRIST (State Bar No. 111536)
3  DAVID B. PERRY (State Bar No. 255925)
4  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
5  Telephone: 415.576.0200
   Facsimile: 415.576.0300
6  Email: ggilchrist@kilpatricktownsend.com
7           dperry@kilpatricktownsend.com

8  Attorneys for Defendant WI-LAN INC.

9  MCKOOL SMITH, P.C.
   Robert A. Cote (*pro hac vice*)
10 Email: *rcote@mckoolsmith.com*
   One Bryant Park, 47th Floor
11 New York, NY 10036
   Telephone: (212) 402-9400
12 Facsimile: (212) 402-9444

13 Michael G. McManus (*pro hac vice*)
   Email: *mmcmanus@mckoolsmith.com*
14 1700 K Street NW, Suite 740
   Washington, DC 20006
15 Telephone: (202) 370-8300
   Facsimile: (202) 370-8344
16
17 Attorneys for Defendant WI-LAN INC.

18

19                UNITED STATES DISTRICT COURT
20                NORTHERN DISTRICT OF CALIFORNIA
21                     SAN FRANCISCO DIVISION

22 | CALIX NETWORKS, INC., a Delaware Corporation, | Case No. 09-6038 CRB |
23 |                                               | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
24 | Plaintiff,                                    |                      |
25 | vs.                                           |                      |
26 | WI-LAN, INC., a Canadian Corporation,         |                      |
27 | Defendant.                                    |                      |
28

Case No. C-09-6038                    – 1 –
         STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE
Dallas 324454v1

1 | Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Calix, Inc. ("Calix") and Defendant Wi-LAN Inc. ("Wi-LAN"), by and through their respective counsel hereby stipulate to the dismissal with prejudice of all claims and counterclaims in this action as follows:

Plaintiff Calix hereby dismisses, with prejudice, all claims in the complaint filed on December 28, 2009 [Dkt. No. 1] and Wi-LAN hereby dismisses, with prejudice, all claims set forth in its First Amended Answer and Counterclaim filed October 20, 2010 [Dkt. No. 77].

For the avoidance of doubt, the aforesaid dismissals with prejudice encompass all claims and counterclaims in this case, including all claims and counterclaims in the case entitled, *Wi-LAN Inc. v. Calix, Inc.*, which was initiated in the United States Federal District Court, Eastern District of Texas (as Case No. 2:10-CV-117), and transferred to the United States Federal District Court, Northern District of California as Case No. C-11-00004 EMC, and which has since been consolidated with this action.

Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

DATED: June 7, 2011.   MCKOOL SMITH, P.C.

By  */s/ Michael G. McManus*
    Michael G. McManus (*pro hac vice*)
    Attorneys for Defendant
    Wi-LAN, Inc.

DATED: June 7, 2011.   REED SMITH LLP

By  */s/ William R. Overend*
    William R. Overend
    Attorneys for Plaintiff
    Calix Networks, Inc.

Case No. C-09-6038 – 2 –
STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE
Dallas 324454v1

## SIGNATURE ATTESTATION

I hereby attest that I have obtained the concurrence in the filing of this document for any signatures on this document indicated by a "conformed" signature (/s/) and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.

DATED: June 7, 2011.    MCKOOL SMITH, P.C.

By /s/ Michael G. McManus_____
Michael G. McManus
Attorneys for Defendant
Wi-LAN Inc..

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this date with a copy of this document via the Court's CM/ECF system per General Order No. 45(IX)(B). Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

/s/ Michael G. McManus_____
Michael G. McManus



Signed: June 7, 2011

Case No. C-09-6038 — 3 —
STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE

Dallas 324454v1